TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER (CSBN 234969)
        Special Assistant United States Attorney
        Program Litigation 1
        Social Security Administration | Law & Policy
        6401 Security Boulevard
        Baltimore, MD 21235
        Telephone: (415) 977-8928
        Marla.Letellier@ssa.gov

JS-6

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TERELL FLOYD,<br><br>                    Plaintiff,<br><br>            vs.<br><br>FRANK BISIGNANO<br>Commissioner of Social Security,<br><br>                    Defendant. | Case No. 2:25-cv-12160-PD<br><br>JUDGMENT OF REMAND |

JUDGMENT OF REMAND                    Page 1

The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 05/21/2026

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

JUDGMENT OF REMAND                    Page 2